IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAWYERS FUNDING GROUP, LLC          :
                                    :          CIVIL ACTION
            v.                      :
                                    :          NO. 14-2962
THEODORE W. WHITE, JR., ET AL.      :

## ORDER

AND NOW, this __3rd__ day of March, 2015, upon consideration of the Motion to
Dismiss Plaintiff's Amended Complaint filed by Defendants, Brian Forrest McCallister, Esquire
and The McCallister Law Firm, P.C. (ECF No. 16), and all papers submitted in support thereof
and in opposition thereto, it is **ORDERED** as follows:

1.     Defendants' Motion is **GRANTED** as to Plaintiff's cause of action for negligence
and Count IV of the Amended Complaint is **DISMISSED**.

2.     Defendants' Motion is **DENIED** in all other respects.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**