IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWYERS FUNDING GROUP, LLC, | Civil Action No. 2:14-cv-2962 |
| Plaintiff, | |
| v. | |
| THEODORE W. WHITE, JR., BRIAN FORREST MCCALLISTER, ESQUIRE, MICHAEL I. KANOVITZ, ESQUIRE, THE MCCALLISTER LAW FIRM, P.C., and ELGRON, INC. | FILED OCT 1 2015 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk |
| Defendants. | |

## STIPULATION OF DISMISSAL

Plaintiff, Lawyers Funding Group, LLC, by and through its undersigned counsel, and Defendants, Brian Forrest McCallister, Esquire, The McCallister Law Firm, P.C., Michael I. Kanowitz, Esquire, and Elgron, Inc., by and through their respective undersigned counsel, hereby STIPULATE and AGREE that the claims in the Complaint are hereby DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties further agree that they will bear their own costs incurred in the case.

/s/ Samuel H. Israel
Samuel H. Israel, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103

Attorneys for Lawyers Funding Group, LLC

/s/ Paul C. Troy
Paul Troy, Esquire
Kane, Pugh, Knoell, Troy & Kramer LLP
510 Swede Street
Norristown, PA 19401

Attorneys for Brian Forrest McCallister, Esquire and The McCallister Law Firm, P.C.

*/s/ Michael I. Kanovitz*
Michael I. Kanovitz, Esquire
Loevy & Loevy
312 N. May Street, Suite 100
Chicago, IL 60607

Attorneys for Michael I. Kanovitz, Esquire and
Elgron, Inc.

APPROVED BY THE COURT THIS 1ST DAY OF October, 2015

_____
R. BARCLAY SURRICK, J.

*Faxed as attached*
*10/1/15*

\*\*\*\*\*\*\*\*\*\*\*\* -COMM. JOURNAL- \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DATE OCT-01-2015 \*\*\*\*\* TIME 16:35 \*\*\*\*\*\*\*\*

MODE = MEMORY TRANSMISSION          START=OCT-01 16:26    END=OCT-01 16:35

FILE NO.=494

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---------|-------|----------|----------------------|-------|----------|
| 001 | OK | ☎ | 2155691175 | 005/005 | 00:00:53 |
| 002 | OK | ☎ | 16102752018 | 005/005 | 00:00:38 |
| 003 | OK | ☎ | 13122435902 | 005/005 | 00:01:14 |
| 004 | OK | ☎ | 2152992150 | 005/005 | 00:01:17 |
| 005 | OK | ☎ | 18014131620 | 005/005 | 00:01:19 |
| 006 | OK | ☎ | 2155465701 | 005/005 | 00:00:45 |
| 007 | OK | ☎ | 2157327044 | 005/005 | 00:00:47 |

-JUDGE R. BARCLAY SURRICK -

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* - - \*\*\*\*\* - - \*\*\*\*\*\*\*\*

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
8614 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
SIXTH AND MARKET STREETS
PHILADELPHIA, PENNSYLVANIA 19106-1741

Chambers of
R BARCLAY SURRICK
United States District Judge

(267) 299-7630

October 1, 2015

To:    Alan Zibelman, Esquire
ZIBELMAN LEGAL ASSOCIATES, P.C.
1500 JFK Boulevard, Suite 1700
Philadelphia, Pennsylvania 19102
Email: ziblaw@aol.com
Fax: 215-569-1175

Paul C. Troy, Esquire
Mary Beth Hughes, Esquire
KANE, PUGH, KNOELL, TROY & KRAMER LLP
510 Swede Street
Norristown, Pennsylvania 19401
Email: ptroy@kanepugh.com
      mhughes@kanepugh.com
Fax: 610-275-2018

Michael I. Kanovitz, Esquire
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, Illinois 60607
Email: mike@loevy.com
Fax: 312-243-5902

Alan L. Yatvin, Esquire
LOEVY & LOEVY
230 South Broad Street, Suite 503
Philadelphia, Pennsylvania 19102
Email: popper.yatvin@verizon.net
Fax: 215 546 5701

Samuel H. Israel, Esquire
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103
Email: sisrael@foxrothschild.com
Fax: 215-299-2150

Anna W. Drake, Esquire
175 South Main Street, Suite 300
Salt Lake City, Utah 84111
Fax: (801) 413-1620

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF PENNSYLVANIA
8614 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
SIXTH AND MARKET STREETS
PHILADELPHIA, PENNSYLVANIA 19106-1741

*Chambers of*
*R. BARCLAY SURRICK*
*United States District Judge*

(267) 299-7630

October 1, 2015

To: **Alan Zibelman, Esquire**
ZIBELMAN LEGAL ASSOCIATES, P.C.
1500 JFK Boulevard, Suite 1700
Philadelphia, Pennsylvania 19102
Email: ziblaw@aol.com
Fax: 215-569-1175

**Paul C. Troy, Esquire**
**Mary Beth Hughes, Esquire**
KANE, PUGH, KNOELL, TROY & KRAMER LLP
510 Swede Street
Norristown, Pennsylvania 19401
Email: ptroy@kanepugh.com
       mhughes@kanepugh.com
Fax: 610-275-2018

**Michael I. Kanovitz, Esquire**
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, Illinois 60607
Email: mike@loevy.com
Fax: 312-243-5902

**Alan L. Yatvin, Esquire**
LOEVY & LOEVY
230 South Broad Street, Suite 503
Philadelphia, Pennsylvania 19102
Email: popper.yatvin@verizon.net
Fax: 215-546-5701

**Samuel H. Israel, Esquire**
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, Pennsylvania 19103
Email: sisrael@foxrothschild.com
Fax: 215-299-2150

**Anna W. Drake, Esquire**
175 South Main Street, Suite 300
Salt Lake City, Utah 84111
Fax: (801) 413-1620

**Matthew Toll, Esquire**
 LAW OFFICE OF ROBERT J. GARNICK
1500 Walnut Street, Suite 630
Philadelphia, Pennsylvania 19102
Email: mtoll@garnicklaw.com
Fax: 215-732-7044


**Re:**   *Lawyers Funding Group, LLC v. White, et al.*
          *Civil Action No. 14-2962*


   **Memo:**  Orders (2) of the Court to follow.

**Via Fax:** Five (5) pages transmitted to include this cover page.